**Order entered April 19, 2019**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01446-CR

**BRYAN LEE MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83729-2016**

## ORDER

The reporter's record, requested on November 20, 2018, was due March 2, 2019. When it was not filed, we notified court reporter Indu Bailey by postcard dated March 6, 2019 that it was overdue and directed her to file the reporter's record by April 5, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Bailey.

We **ORDER** the complete reporter's record filed within **TWENTY DAYS OF THE DATE OF THIS ORDER**. We caution Ms. Bailey that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure this appeal proceeds in a more timely fashion, which may include ordering that she not sit as a court reporter until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; Indu Bailey, official court reporter, 219th Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE